IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02233-WJM-NYW

MALOW M. MAYEK,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
SERGEANT JOSEPH A. RODARTE, in his individual capacity,
DOUGLASS WATSON, in his individual capacity, and
JAMES MARTINEZ, in his individual capacity,

    Defendants.

---

**STIPULATED MOTION TO STAY PROCEEDINGS AND
CONTINUE SCHEDULING CONFERENCE**

---

    Plaintiff **MALOW M. MAYEK**, by and through counsel, and Defendants, **CITY AND COUNTY OF DENVER**, **SERGEANT JOSEPH A. RODARTE**, **DOUGLAS WATSON**, and **JAMES MARTINEZ**, by and through counsel, submit their Stipulated Motion to Stay Proceedings and Continue Scheduling Conference pursuant to D.C.COLO.LCivR 16.6(a) in light of a recently scheduled mediation.

    1.    A telephonic Scheduling Conference is currently set for December 7, 2020 at 2:00 p.m. The proposed Scheduling Order is due on or before November 30, 2020.

    2.    Pursuant to D.C.COLO.LCivR 16.6(a), in order to "facilitate settlement or resolution of the suit, the district judge … may stay the action in whole or in part during a time certain or until further order."

3. It is well established that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). In general, a stay is warranted upon a showing of good cause, to "protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." *See* Fed.R.Civ.P. 26(c); *Merrill Lynch, Pierce, Fenner & Smith Inc. v. Coors*, 357 F. Supp. 2d 1277, 1280 (D. Colo. 2004).

4. On November 18, 2020, all parties agreed to attend mediation with the Honorable Bill Meyer at the Judicial Arbiter Group, which is set to occur on December 28, 2020.

5. In light of this development, the parties request a stay of this case in its entirety pending the outcome of mediation. The parties request a continuance of the December 7, 2020 Scheduling Conference, and all deadlines associated therewith, until after the December 28, 2020 mediation. The parties also request this Court stay the deadlines for the Defendants to respond to the Plaintiff's Complaint to 14 days after the lifting of the stay in this matter, if necessary.

6. The parties assert that good cause has been shown for the Court to enter a brief stay of this matter in its entirety and proceeding with the Scheduling Conference would result in the parties expending time, resources, and expenses associated with Initial Disclosures, attending the Scheduling Conference, and the commencement of discovery that may ultimately be unnecessary should the case resolve in the upcoming weeks.

7. The December 7, 2020 Scheduling Conference was set after the Court granted Defendants' Unopposed Motion to Vacate Scheduling Conference filed on September 29, 2020. [ECF Nos. 15 and 17].

8.     Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel is providing a copy of this stipulated motion to their clients.

**WHEREFORE**, for good cause shown, the parties jointly and respectfully move the Court to enter a stay of proceedings pending the upcoming mediation and to continue the Scheduling Conference until after December 28, 2020 in the event mediation is unsuccessful.

Respectfully submitted this 20th day of November, 2020

| | |
|---|---|
| /s/ David Lane | /s/ Conor D. Farley |
| ***David Lane*** | ***Conor D. Farley*** |
| Killmer, Lane & Newman, LLP | Denver City and County Attorney's Office |
| 1543 Champa Street, Suite 400 | 201 West Colfax Avenue |
| Denver, CO 80202 | Denver, CO 80202-5332 |
| Telephone: (303) 571-1000 | Telephone: (720) 913-3315 |
| Email: dlane@kln-law.com | Email: conor.farley@denvergov.org |
| | *Counsel for Def. City and County of Denver* |
| /s/ Reid Allison | /s/ Sara L. Cook |
| ***Reid Allison*** | ***Sara L. Cook*** |
| Killmer, Lane & Newman, LLP | Vaughan & DeMuro |
| 1543 Champa Street, Suite 400 | 111 South Tejon, Suite 545 |
| Denver, CO 80202 | Colorado Springs, CO 80903 |
| Telephone: (303) 571-1000 | Telephone: (719) 578-5500 |
| Email: rallison@kln-law.com | Email: scook@vaughandemuro.com |
| | *Counsel for Defendant Joseph Rodarte* |
| /s/ Joseph J. Perkovich | /s/ Andrew D. Ringel |
| ***Joseph J. Perkovich*** | ***Andrew D. Ringel*** |
| Phillips Black, Inc. | Hall and Evans |
| P.O. Box 4544 | 1001 17th Street, Suite 300 |
| New York, NY 10163 | Denver, CO 80202 |
| Telephone: (212) 400-1660 | Telephone: (303) 628-3453 |
| Email: j.perkovich@phillipsblack.org | Email: ringela@hallevans.com |
| *Counsel for Plaintiff Marlow M. Mayek* | *Counsel for Defendant Douglass Watson* |

        <u>/s/ Eric M. Ziporin</u>
        *Eric M. Ziporin*
        SGR, LLC
        3900 East Mexico Avenue, Suite 700
        Denver, CO 80210
        Telephone: (303) 320-0509
        Email: eziporin@sgrllc.com


        <u>s/ Betsy L. Stewart</u>
        *Betsy L. Stewart*
        SGR, LLC
        3900 East Mexico Avenue, Suite 700
        Denver, CO 80210
        Telephone: (303) 320-0509
        Email: bstewart@sgrllc.com
        *Attorneys for Def. James Martinez*