**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02233-WJM-NYW

MALOW M. MAYEK,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, a municipality,
SERGEANT JOSEPH A. RODARTE, in his individual capacity,
DOUGLASS WATSON, in his individual capacity, and
JAMES MARTINEZ, in his individual capacity,

    Defendants.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff, Malow M. Mayek, and Defendants, the City and County of Denver, Sergeant Joseph Rodarte and Officers Douglas Watson and James Martinez (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate to the dismissal of all claims against Defendants with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i). As part of this Stipulation, each party is to pay their own costs and attorney fees.

Dated this 18th day of November 2021.

                              Respectfully submitted,

                              *s/ David A. Lane*
                              David A. Lane
                              Reid Allison
                              Killmer, Lane & Newman, LLP
                              dlane@kln-law.com
                              *Attorneys for Plaintiff*

*s/ Joseph J. Perkovich*
Joseph J. Perkovich
Phillips Black
j.perkovich@phillipsblack.org
*Attorney for Plaintiff*

*s/ Conor D. Farley*
Conor D. Farley, Assistant City Attorney
Denver City Attorney's Office, Civil Litigation Section
E-mail: conor.farley@denvergov.org
*Attorney for Defendant City and County of Denver*

*s/ Eric M. Ziporin*
Eric M. Ziporin
SGR, LLC
eziporin@sgrllc.com
*Attorney for James Martinez*

*s/ Sara L. Cook*
Sara L. Cook
Vaughan & DeMuro
scook@vaughandemuro.com
*Attorney for Defendant Joseph Rodarte*

*s/ Andrew D. Ringel*
Andrew D. Ringel
Hall & Evans, LLC
ringela@hallevans.com
*Attorney for Defendant Douglas Watson*

2

## CERTIFICATE OF SERVICE

I certify that on this 18th day of November 2021 I electronically filed the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David A. Lane
Reid Allison
Killmer, Lane & Newman, LLP
dlane@kln-law.com
rallison@kln-law.com

Joseph J. Perkovich
Phillips Black
j.perkovich@phillipsblack.org
*Attorneys for Plaintiff*

Eric M. Ziporin
Betsy L. Stewart
SGR, LLC
eziporin@sgrllc.com
bstewart@sgrllc.com
*Attorneys for James Martinez*

Sara L. Cook
Vaughan & DeMuro
scook@vaughandemuro.com
*Attorney for Defendant Joseph Rodarte*

Andrew D. Ringel
Hall & Evans, LLC
ringela@hallevans.com
*Attorney for Defendant Douglas Watson*

*s/ Camelia Close*
Denver City Attorney's Office